No. 81–5816. MOYE *v.* BARNES ET AL. C. A. 4th Cir. Certiorari denied.

No. 81–5818. SHABAZZ *v.* MAYNARD, WARDEN, ET AL. Ct. Crim. App. Okla. Certiorari denied.

No. 81–5819. PENOYER *v.* WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF OFFENDER REHABILITATION. C. A. 11th Cir. Certiorari denied.

No. 81–5821. ALFORD *v.* GARRISON ET AL. C. A. 4th Cir. Certiorari denied.

No. 81–5825. HAWKINS *v.* WEST VIRGINIA. Sup. Ct. App. W. Va. Certiorari denied.

No. 81–5829. SPRADLIN *v.* GEORGIA. Ct. App. Ga. Certiorari denied.

No. 81–5835. KRUPP *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 81–5842. MOSS *v.* POLLAND ET AL. C. A. 5th Cir. Certiorari denied.

No. 81–5843. MYERS *v.* JOHNSTON ET AL. C. A. 2d Cir. Certiorari denied.

No. 81–5850. WATSON *v.* BUSBEE ET AL. C. A. 11th Cir. Certiorari denied.

No. 81–5851. WATSON *v.* EVANS ET AL. C. A. 11th Cir. Certiorari denied.

No. 81–5856. REDDISH *v.* WAINWRIGHT. C. A. 11th Cir. Certiorari denied.

No. 81–5881. FODDRELL *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.